No. 93–5607. ABREU *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5644. COLEMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5659. RIVERA RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5666. ALEXANDER ET AL. *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 93–5700. DAVIS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 93–5730. JOHNSON *v.* UNITED STATES;
No. 93–5746. SAGET *v.* UNITED STATES; and
No. 93–5804. ROBERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5752. AQUINO-ESTRADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5753. HILL *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 93–5755. WARREN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–5783. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5810. STRAUCH *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5819. NICK *v.* DEPARTMENT OF MOTOR VEHICLES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–5834. CHAPPELL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 93–5841. BROWN *v.* UNKNOWN PSYCHIATRIST, UNITED STATES ATTORNEY WITNESS. C. A. 4th Cir. Certiorari denied.